THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DAVID DUNN, Appellant.

(Argued February 23, 1915; decided February 25, 1915.)

MOTION to dismiss an appeal from a judgment of the Supreme Court, rendered May 16, 1914, at a Trial Term for the county of Steuben upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground that the appeal had not been brought on for argument within six months as required by section 536 of the Code of Criminal Procedure.

*Claude V. Stowell* for motion.

*Thomas F. Rogers* opposed.

Motion denied, but appeal set down for argument on March 23, 1915, on which day counsel for appellant must be ready to proceed.

---

EDWARD B. KINSILA, Respondent, v. LEE SHUBERT et al., Appellants.

Reported below, 164 App. Div. 958.
(Argued February 23, 1915; decided March 2, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 21, 1914, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for services alleged to have been rendered.

The motion was made upon the ground that the notice of appeal was insufficient; that no appeal lay as of right to the Court of Appeals and that permission to appeal had not been obtained.

*E. N. Oakes* for motion.

*William Klein* opposed.

Motion denied, without costs.